MELISSA HOLYOAK, United States Attorney (#9832)
DANIELLE CARTER, Special Assistant United States Attorney (#319442 CA)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2026 JUN 15
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | VIO. 8 U.S.C. § 1325(a)(2) |
| vs. | : | (ELUDING EXAMINATION OR INSPECTION BY IMMIGRATION OFFICERS) |
| OSCAR EMANUEL ARRAZOLA-MATAMOROS, | : | |
| Defendant. | : | Case: 2:26–po–00390<br>Assigned To : Oberg, Daphne A.<br>Assign. Date : 6/15/2026<br>Description: USA v Arrazola–Matamoros |

The United States Attorney charges:

COUNT I

That the defendant herein,

OSCAR EMANUEL ARRAZOLA-MATAMOROS,

an alien, between on or about July 24, 2019, until June 10, 2026, did knowingly elude examination and inspection by immigration officers until his apprehension on or

about June 10, 2026, by immigration officers in the District of Utah, all in violation of Title 8, United States Code, Section 1325(a)(2).

DATED this 15th day of June 2026.

MELISSA HOLYOAK
United States Attorney

For:

DANIELLE CARTER
Special Assistant United States Attorney